**RYAN MARINE PRODUCTS PTY., LTD., Plaintiff–Appellant,**

v.

**HALE PROPELLER, L.L.C., Randal L. Hale, Jr., and Randal L. Hale, III, Defendants–Cross Appellants.**

Nos. 01–1613, 02–1007.

United States Court of Appeals,
Federal Circuit.

June 5, 2002.

Before CLEVENGER, Circuit Judge, FRIEDMAN, Senior Circuit Judge, and SCHALL, Circuit Judge.

**Judgment**

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.